# UNITED STATES BANKRUPTCY COURT

In re  Groeb Farms, Inc.                ,
            Debtor

Case No. _____

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| | See Attached List | | | |

Date:  October 1, 2013

_____
Jack Irvin, Jr., Chief Financial Officer of
Groeb Farms, Inc.
                                Debtor

*[Declaration as in Form 2]*

# GROEB FARMS INC.
# LIST OF 20 LARGEST UNSECURED CREDITORS

|   | *Creditor Name and Address* | *Contact Name and Address* | *Nature of Claim* | *Contingent, Unliquidated, Disputed or Setoff* | *Amount of Claim (unsecured)* |
|---|---|---|---|---|---|
| 1 | Bees Brothers LLC<br>9130 S. Dadeland Blvd., Suite 1600<br>Miami, FL 33156 | Bees Brothers LLC<br>9130 S. Dadeland Blvd., Suite 1600<br>Miami, FL 33156 | Trade | | $1,982,593.28 |
| 2 | Little Bee Impex<br><br>Kashmir Apiaries Exports<br><br>Thapar, Inc. DBA Ergogenic Nutrition<br><br>World Food Basket Inc | LITTLE BEE IMPEX<br>G.T.Road, Doraha-141421<br>Distt. Ludhiana (Punjab) INDIA<br><br>Kashmir Apiaries Exports<br>NH 1 Doraha, PB 141421, India<br><br>Ergogenic Nutrition<br>133 Nanterre St, Suite # 101<br>Danville, CA 94506<br><br>World Food Basket Inc.<br>2711 Centerville Road # 120<br>Wilmington, DE 19808 | | Contingent | $1,785,000.00 |
| 3 | Sunland Trading, Inc.<br>21 Locast Ave.<br>New Canaan, CT 06840 | Sunland Trading, Inc.<br>21 Locast Ave.<br>New Canaan, CT 06840 | Trade | | $1,723,931.03 |
| 4 | JET<br>9707 Sheeler Road<br>Onsted, MI 49265 | JET<br>9707 Sheeler Road<br>Onsted, MI 49265 | Subdebt | | $1,553,353.30 |
| 5 | Delta Food International Inc.<br>7056 Archibald Ave, Suite 102-158<br>Corona, CA 92880 | Delta Food International Inc.<br>7056 Archibald Ave, Suite 102-158<br>Corona, CA 92880 | Trade | | $1,443,443.55 |

| | | | | | |
|---|---|---|---|---|---|
| 6 | Lamex<br>8500 Normandale Lake Blvd. Suite 1150<br>Bloomington, MN 55437 | Lamex<br>8500 Normandale Lake Blvd. Suite 1150<br>Bloomington, MN 55437 | Trade | | $1,422,657.72 |
| 7 | Buoye Honey<br>11575 Walnut Road<br>Redlands, CA 92374 | Buoye Honey<br>11575 Walnut Road<br>Redlands, CA 92374 | | | $786,205.55 |
| 8 | Naiman Foods<br>Jose Ubach Y Roca 1153<br>Parque Industrial General Belgrano<br>E3106GDA Parana - Entre Rios<br>Argentina | Naiman Foods<br>Jose Ubach Y Roca 1153<br>Parque Industrial General Belgrano<br>E3106GDA Parana - Entre Rios<br>Argentina | Trade | | $659,308.67 |
| 9 | Citrofruit<br>Constitucion 405 PTE<br>Monterrey, Nuevo Leon 64000 Mexico | Citrofruit<br>Constitucion 405 PTE<br>Monterrey, Nuevo Leon 64000 Mexico | Trade | | $534,497.40 |
| 10 | Resurgance Corp. d/b/a E.F. Lane and Son (Olesanik Family Living Trust)<br>5100 Baggins Hill Rd.<br>Templeton, CA 93485 | Resurgance Corp. d/b/a E.F. Lane and Son (Olesanik Family Living Trust)<br>5100 Baggins Hills Rd.<br>Templeton, CA 93485 | | | $533,803.86 |
| 11 | Conex Trading Company, Inc.<br>585C Rio Grande Drive<br>Grand Junction, CO 81501 | Conex Trading Company, Inc.<br>585C Rio Grande Drive<br>Grand Junction, CO 81501 | Trade | | $328,455.20 |
| 12 | Natural Honey Importers<br>4806 North Oaks Blvd.<br>North Brunswick, NJ 08902 | Natural Honey Importers<br>4806 North Oaks Blvd.<br>North Brunswick, NJ 08902 | Trade | | $326,286.02 |
| 13 | Vicentin Saic Sucursal Uruguay<br>Zonamerica Ruta 8 KM 17.500 EDIF. @3/OF. 105 91600 | Vicentin Saic Sucursal Uruguay<br>Zonamerica Ruta 8 KM 17.500 EDIF. @3/OF. 105 91600 | Trade | | $311,580.60 |

|    |                                                                                              |                                                                                              |       |   |              |
|----|----------------------------------------------------------------------------------------------|----------------------------------------------------------------------------------------------|-------|---|--------------|
|    | Montevideo, Uruguay                                                                          | Montevideo, Uruguay                                                                          |       |   |              |
| 14 | Sarahimpex<br>969 Revere Dr.<br>Hill Side, NJ 07205                                          | Sarahimpex<br>969 Revere Dr.<br>Hill Side, NJ 07205                                          | Trade |   | $279,337.98  |
| 15 | BWB Honey<br>1298 Garnet Ave.<br>Mentone, CA 92359                                           | BWB Honey<br>1298 Garnet Ave.<br>Mentone, CA 92359                                           |       |   | $258,372.98  |
| 16 | Tony Lalonde Sales Prt<br>3-35-3 West of 3<br>Clavet, SK S0K 0Y0<br>Canada                   | Tony Lalonde Sales Prt<br>3-35-3 West of 3<br>Clavet, SK S0K 0Y0<br>Canada                   | Trade |   | $179,176.20  |
| 17 | Beelogic Enterprises<br>528 Roxie Lane<br>Baker, MT 59313                                    | Beelogic Enterprises<br>528 Roxie Lane<br>Baker, MT 59313                                    |       |   | $178,675.75  |
| 18 | Unipro Foodservice, Inc.<br>2500 Cumberland Pkwy SE<br>Atlanta, GA 30384                     | Unipro Foodservice, Inc.<br>2500 Cumberland Pkwy SE<br>Atlanta, GA 30384                     |       |   | $170,596.16  |
| 19 | Tricorbraun<br>12462 Collections Center Dr.<br>Chicago, IL 60693                             | Tricorbraun<br>12462 Collections Center Dr.<br>Chicago, IL 60693                             |       |   | $154,899.19  |
| 20 | Grupo Berhfer, S.A. De C.V.<br>Priv. 22 No 2725 Zona Industrial<br>Guadalajara, JAL 44940<br>Mexico | Grupo Berhfer, S.A. De C.V.<br>Priv. 22 No 2725 Zona Industrial<br>Guadalajara, JAL 44940<br>Mexico | Trade |   | $153,084.33  |

**Note**: As discussed in the Debtor's Application to Employ Foley & Lardner LLP ("Foley"), Foley will waive its claim for unpaid fees and services upon Court approval.