## THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GROEB FARMS, INC. | ) | Case No. 13-(_____) |
| | ) | |
| Debtor. | ) | Tax I.D. No. 38-2778390 |
| | ) | |

### LIST OF EQUITY SECURITY HOLDERS

I, Jack Irvin, Jr., Chief Financial Officer of Groeb Farms, Inc., the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing attached List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Dated: October 1, 2013

_____
Jack Irvin, Jr., Chief Financial Officer

4818-0612-9686.1

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class |
|---|---|
| Craig S. Moore<br>8108 Waters Ave<br>Savannah, GA 31406 | Common Shares Series D |
| Joyce Darlene Schlachter<br>4425 Motorway<br>Waterford, MI 48328 | Common Shares Series D |
| Michael R. Modjeski<br>932 South Parkwood<br>South Lyon, MI 48178 | Common Shares Series D |
| Jack Irvin<br>717 Rusty Anchor Road #12<br>Ocean City, MD 21842 | Common Shares Series D |
| Alison Tringale<br>115 Sumner Place Ct.<br>Peachtree City, GA 30269 | Common Shares Series D and<br>Conv. Preferred Series C |
| Ernest L. Groeb<br>9707 Sheeler Rd.<br>Onsted, MI 49265 | Conv. Preferred Series B |
| Troy L. Groeb<br>11680 NE 14th Ave.<br>Anthony, FL 32617 | Conv. Preferred Series B |
| Groeb Farms Partnership<br>9707 Sheeler Rd.<br>Onsted, MI 49265 | Conv. Preferred Series C |
| Joellen (Jodi) Sullivan<br>3062 Pleasant Hill Rd.<br>Maumee, OH 43537 | Conv. Preferred Series C |
| George W. Cawman, Jr.<br>10877 E. Falling Star Dr.<br>Scottsdale, AZ 85262 | Restricted Common Shares Series F, and<br>Conv. Preferred Series A and C |
| Robert G. Bush<br>420 S. Washington St.<br>Green Bay, WI 54301-4217 | Restricted Common Shares Series F and<br>Conv. Preferred Series C |
| Kim W. Jenkins<br>Sunrich Foods, LLC<br>5850 Opus Parkway, Suite 150<br>Minnetonka, MN 55343 | Restricted Common Shares Series F |
| Francis H. Barker<br>149 Twelve Oaks Lane<br>Ponte Vedra Beach, FL 32082 | Restricted Common Shares Series F and<br>Conv. Preferred Series C |
| P. Kim Packard<br>716 Buttonbush Lane<br>Naples, FL 34108 | Restricted Common Shares Series F and<br>Conv. Preferred Series C |
| J. William Petty, Trustee of Carolyn V. Petty 2000 Trust<br>U/A/D 2/25/2000<br>26050 Osprey Nest Ct.<br>Bonita Springs, FL 34134 | Restricted Common Shares Series F and<br>Conv. Preferred Series A and C |

| | |
|---|---|
| John C. Morley<br>Evergreen Ventures, Ltd.<br>30195 Chagrin Blvd., Suite 210 N<br>Cleveland, OH 44124-5703 | Conv. Preferred Series A and C |
| Lanny A. Passaro Trust<br>175 East Delaware Place, Unit 8807<br>Chicago, IL 60611 | Conv. Preferred Series A and C |
| Jack C. Meng<br>301 North Broadway, Suite 202<br>De Pere, WI 54115 | Conv. Preferred Series A and C |
| Thomas R. Liebermann<br>Advanced Systems International, Inc.<br>146 Hesperus Avenue<br>Gloucester, MA 01930 | Conv. Preferred Series A and C |
| Horizon Capital Partners III, L.P.<br>3838 Tamiami Trial N, Suite 408<br>Naples, FL 34103 | Conv. Preferred Series A and C, Common Shares Series E, Junior Subordinate Note Warrants 'C' and 'G' |
| Marquette Capital Fund I, L.P.<br>Attn: Bernice Hale<br>60 South 6th Street, Suite 3510<br>Minneapolis, MN 55402 | Conv. Preferred Series A and C, Junior Subordinate Note Warrants 'C' and 'G' |
| Argosy Investment Partners III, L.P.<br>950 West Valley Road, Suite 2900<br>Wayne, PA 19087 | Conv. Preferred Series A and C, and Junior Subordinate Note Warrants 'C' and 'G' |
| Howard S. Goss<br>620 Orchard Lane<br>Glencoe, IL 60022 | Conv. Preferred Series A |
| Horizon Partners, Ltd.<br>3838 Tamiami Trail N., Suite 408<br>Naples, FL 34103 | Common Shares Series E |

4818-0612-9686.1