**EXHIBIT 6**

Vendor Listing – Utilities

| Vendor | Facility | Type | Account Number | Avg. Monthly Amount |
|---|---|---|---|---|
| ADT | Florida | Alarm | | $148.00 |
| American Pipe | Florida | Waste Disposal | GROEB | $500.00 |
| ATT | Michigan/ California | Cell Phones | 586 447-8580 998 0 / 188054729965 | $459.00 |
| Century Link | Florida | Norstar Cics | 311687015 / 24587700 | $773.00 |
| City Of San Bernardino | California | Fire Service | 943144 | $2,250.00 |
| City Of Tecumseh | Michigan | Waste Disposal/Bacti Testing | None | $333.00 |
| Consumers | Michigan | Gas & Electric | 1000 0034 7045 / 1000 0525 6092 / 1000 0525 6506 / 1000 0525 6902 | $9,057.00 |
| Culligan | California/ Florida | Water | 1251933 / 690958 | $346.00 |
| Epax | California | Waste Disposal | None | $324.00 |
| Frontier | Michigan | Phones/Internet/Alarm Line | 10853366 / 517-467-7609-010189-7 / 517-467-6285-121710-7 | $2,726.00 |
| Infinite | Florida | Gas | 4333436382 | $400.00 |
| Intercall | All Locations | Conference Calling | 703058 | $484.00 |
| Ironfree | Michigan | Water | GROEB FARM | $51.00 |
| Microsoft | All Locations | Microsoft Licenses | 2000450307 | $585.00 |
| Pacific Alarm | California | Alarm | GROEB | $225.00 |
| Pennington | Michigan | Gas & Oil | 11083 | $59.00 |
| Southern California Edison | California | Electricity | 2-34-692-5126 | $7,500.00 |
| Southland Propane | California | LP Gas | None | $1,129.00 |
| Sprint | Michigan | Cell Phones | 270792519 | $729.00 |
| Sumter | Florida | Electric Coop | 7010039600 / 7806344510 / 7806354510 | $700.00 |
| Teco Peoples Gas | Florida | Gas | 12290193 | $25.00 |
| Telepacific | California | Internet/Phones | 132829 | $1,350.00 |
| The Gas Company | California | Gas | 158 121 3681 8 | $2,500.00 |
| Touchtone-FL | Florida | Phones | 3522452995 | $40.00 |
| Touchtone-MI | Michigan | Phones | 5174672065 | $10.00 |
| Verizon | California | Phones | 10 5406 2870381078 09 | $50.00 |

4822-3854-1334.1

| Verizon Wireless | California | Cell Phones | 970894954-00001 | $120.00 |
| Waste | Florida | Waste Disposal | 318-0004978-2227-0 | $200.00 |

4822-3854-1334.1