# EXHIBIT 2

## Notice of Motion and Opportunity to Object

## Not Applicable

4832-9688-2198.1