# THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GROEB FARMS, INC. | ) | Case No. 13-58200 |
| | ) | |
| Debtor. | ) | Tax I.D. No. 38-2778390 |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rule 9010, Ray C. Schrock hereby appears as counsel for HC Capital Holdings 0909A, LLC and pursuant to Bankruptcy Rule 2002 requests that all notices and all papers given or served in this case be given and served on:

> Ray C. Schrock, P.C.
> KIRKLAND & ELLIS LLP
> 601 Lexington Avenue
> New York, NY 10022
> (Tel) (212) 446-4828
> ray.schrock@kirkland.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rules 2002, 3017 and 9007, but also includes without limitation, orders and notices of any application, motion, response, reply, petition, pleadings, request, plan, complaint or demand, whether formal or informal, whether written or oral, and whether transferred or conveyed by hand delivery, mail, telephone, telefax, or otherwise, which affects the Debtor or the property of the Debtor.

#21706603 v1

13-58200-wsd   Doc 17   Filed 10/01/13   Entered 10/01/13 18:57:21   Page 1 of 2

Dated: October 1, 2013                              Respectfully submitted,

                                                    Ray C. Schrock, P.C.
                                                    KIRKLAND & ELLIS LLP
                                                    601 Lexington Avenue
                                                    New York, NY 10022
                                                    (Tel) (212) 446-4828
                                                    ray.schrock@kirkland.com

                                                    -and-

                                                    /s/ Deborah Kovsky-Apap
                                                    Deborah Kovsky-Apap (P68258)
                                                    PEPPER HAMILTON LLP
                                                    Suite 1800
                                                    4000 Town Center
                                                    Southfield, MI 48075
                                                    Tel: 248-359-7331
                                                    Fax: 313-731-1572
                                                    kovskyd@pepperlaw.com