# EXHIBIT 2

## Notice of Motion and Opportunity to Object

## Not Applicable