THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GROEB FARMS, INC. | ) | Case No. 13-58200 |
| | ) | |
| Debtor. | ) | Honorable Walter Shapero |
| | ) | |

**SUPPLEMENT TO APPLICATION TO EMPLOY FOLEY & LARDNER LLP AS GENERAL BANKRUPTCY COUNSEL PURSUANT TO 11 U.S.C. §§ 327(a), 328(a), 329 & 1107, RULES 2014(a) & 2016(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND LOCAL BANKRUPTCY RULE 2014-1, OR IN THE ALTERNATIVE, SPECIAL COUNSEL PURSUANT TO 11 U.S.C. §§ 327(e), 328(a), 329 & 1107, RULES 2014(a) & 2016(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND LOCAL BANKRUPTCY RULE 2014-1**

Groeb Farms, Inc. (the "Debtor") submits this Supplement to Application (the "Supplement") to Employ Foley & Lardner LLP ("Foley") as general bankruptcy counsel pursuant to sections 327(a), 328(a), 329 & 1107 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014(a) & 2016(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Bankruptcy Rules for the Eastern District of Michigan (the "Local Rules"), or, in the alternative, special counsel pursuant to section pursuant to sections 327(e), 328(a), 329 & 1107 of title 11 of the Bankruptcy Code, Rules 2014(a) & 2016(b) of the Bankruptcy Rules, and Rule 2014-1 of the Local Rules (the "Application") [Dkt No. 18].

1.  This Court has jurisdiction to hear the Motion under 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § l57(b). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief requested herein are Bankruptcy Code Sections §§ 327(a), 328(a), 329 & 1107, Bankruptcy Rules 2014(a) & 2016(b) and Local Rule 2014-1.

2. On October 1, 2013 (the "Petition Date"), the Debtor filed a petition for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Eastern District of Michigan. The Debtor intends to continue in possession of its property and to manage its business as debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed and no committees have been appointed or designated in the Debtor's chapter 11 case.

3. On October 1, 2013, Foley met with the United States Trustee's Office regarding its Application. The United States Trustee's Office requested additional information from Joseph B. Tyson, Jr., a partner of Foley, in his prior role as the Assistant Secretary of the Debtor between March 16, 2007 and July 23, 2013.

4. As a result, the facts and circumstances in further support of the Application, is set forth in the Supplement attested to by the Declaration of Joseph B. Tyson, Jr. (the "Tyson Declaration"), and attached hereto as Exhibit 1.

WHEREFORE, the Debtor respectfully hereby moves this Court for entry of an order granting the relief requested in the Application and such further relief as is just and proper.

Dated: October 2, 2013
Detroit, Michigan

FOLEY & LARDNER LLP

/s/ Judy A. O'Neill
Judy A. O'Neill (P32142)
John A. Simon (P61866)
Tamar N. Dolcourt (P73425)
One Detroit Center
500 Woodward Ave., Suite 2700
Detroit, MI 48226-3489
(313) 234-7100 (Telephone)
(313) 234-2800 (Facsimile)

*Proposed Counsel for the Debtor and Debtor in Possession*