THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GROEB FARMS, INC. | ) | Case No. 13-58200 |
| | ) | |
| Debtor. | ) | Honorable Walter Shapero |
| | ) | |

**ORDER GRANTING EX PARTE MOTION TO LIMIT
NOTICE AND ESTABLISH NOTICE PROCEDURES**

This matter has come before the Court upon the motion (the "Motion") of the Debtor for entry of an order, pursuant to 11 U.S.C. § 105(a) and LBR 2002-1 seeking entry of an order limiting notice and establishing notice procedures; due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; the Court having considered the Motion and, upon the complete record of this case; and after due deliberation thereon and good cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED.**

2. The Debtor is authorized to limit notice of all matters governed by Bankruptcy Rule 2002 to the Master Service List, except for the following matters: (a) commencement of this case; (b) the first meeting of creditors pursuant to Bankruptcy Code § 341; (c) any deadline for filing proofs of claim pursuant to Bankruptcy Rule 3003; (d) any deadline to object to a disclosure statement or plan of reorganization; (e) any hearing to consider approval of a disclosure statement; (f) a hearing to consider confirmation of a plan of reorganization; and (g) a proposed sale of all or substantially all of the Debtor's assets.

3. The Master Service List will be used for all other pleadings, papers, and proceedings, even if they may, under the Bankruptcy Code, the Bankruptcy Rules, and/or the Local Bankruptcy Rules, require service upon all parties-in-interest. In addition to the Master Service List, the Debtor will serve any party whose interests are directly affected by a specific pleading.

4. The Master Service List shall be comprised of: (a) the United States Trustee; (b) the Debtor; (c) counsel to the Debtor; (d) any known secured creditors and their counsel, if any; (e) the Debtor's 20 largest unsecured creditors; (f) any party that has formally appeared and requested service of papers in these proceedings pursuant to Bankruptcy Rule 2002; and (g) any government agency required to be served by the Bankruptcy Code, the Bankruptcy Rules, and/or the Local Bankruptcy Rules, including all applicable taxing authorities.

5. The Debtor or its agents may, in their discretion, serve any pleadings or papers by e-mail upon any service parties for which they have e-mail contact information and who have agreed in writing (including by e-mail) to accept service by e-mail.

6. Pursuant to Local ECF Procedure 4(e), the Debtor shall not be required to provide any notice of pleadings to parties that otherwise receive CM/ECF notice thereof.

7. The Debtor will update the Master Service List periodically in accordance with L.B.R. 2002-1(d) to include those persons or parties that have made a written request to be included on the Master Service List and to file such updated lists with the Court.

8. The Debtor shall give notice of the terms of this Order to all parties in interest, so as to apprise those entities not included on the limited notice list that they may ask to be included on the limited notice list by requesting notice pursuant to Bankruptcy Rule 2002.

9. The Debtor or its agents shall promptly submit to the Court either an affidavit of service or certificate of service, including the list of all parties receiving notice, upon the completion of any noticing.

10. The Debtor is authorized and empowered to take any necessary actions to implement and effectuate the terms of this Order.

11. The terms and conditions of this Order shall be immediately enforceable and effective upon its entry.

This Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.

.

**Signed on October 03, 2013**

                                                      **/s/ Walter Shapero**
                                        **Walter Shapero**
                                        **United States Bankruptcy Judge**