THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: ) Chapter 11
)
GROEB FARMS, INC. ) Case No. 13-58200
)
Debtor. ) Honorable Walter Shapero
)

### ORDER GRANTING EX PARTE MOTION FOR ENTRY OF AN ORDER UNDER LOCAL RULE 9001-1 DESIGNATING CASE AS LARGE BANKRUPTCY CASE

This matter has come before the Court upon the motion (the "Motion") of the Debtor for entry of an order, pursuant to 11 U.S.C. § 105(a) and LBR 9001-1, designating this case as a Large Bankruptcy Case; due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; the Court having considered the Motion and, upon the complete record of this case; and after due deliberation thereon and good cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Debtor's chapter 11 case is hereby designated as "Large Bankruptcy Case" pursuant to Local Rule 9001-1.

3. The Debtor is authorized and empowered to take any necessary actions to implement and effectuate the terms of this Order.

4. The terms and conditions of this Order shall be immediately enforceable and effective upon its entry.

4839-3120-5398.1

This Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.

.

**Signed on October 03, 2013**

>                    /s/ Walter Shapero
>           Walter Shapero
>           United States Bankruptcy Judge