

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

FILED
2013 OCT -4 A 10: 35
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In re:

Groeb Farms, Inc.                    Case No. 13-58200

### Request for Notices and Payments

Pursuant to Rule 2002(g), Navistar Leasing Company hereby requests that all payments, notices, pleadings, and other documents filed in this case be served upon it at the following address:

Navistar Financial Corporation
Attention: Kathleen N. Reed, Legal Department
2701 Navistar Drive
Suite 7-3-P23-02
Lisle, IL 60532

Email: Kathleen.Reed@navistar.com
Fax: (331) 332-2261

**NAVISTAR LEASING COMPANY**

October 2, 2013

By _____
Kathleen N. Reed
Navistar Financial Corporation
Navistar Leasing Company
331-332-4315
Kathleen.Reed@navistar.com