THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GROEB FARMS, INC. | ) | Case No. 13-58196 |
| | ) | |
| Debtor. | ) | Honorable Walter Shapero |
| | ) | |

_____

**STATEMENT OF CONSENT TO ENTRY OF AN INTERIM ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF FOLEY & LARDNER LLP AS COUNSEL TO THE DEBTOR**

This statement of consent is filed in connection with the Application of Groeb Farms. Inc. (the "Debtor") for an interim order authorizing the Debtor to retain and employ Foley & Lardner LLP *nunc pro tunc* to October 1, 2013 as counsel to the Debtor [Docket No. 18] (the "Application").

Full Consent to and Approval for Entry of an Interim Order Approving the Application:

OFFICE OF THE UNITED STATES TRUSTEE
FOR THE EASTERN DISTRICT OF MICHIGAN

By:   /s/Kelley Callard (with consent)
      Kelley Callard (P68537)

Its:   Trial Attorney

Dated:  October 8, 2013