THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GROEB FARMS, INC. | ) Case No. 13-58200 |
| | ) |
| Debtor. | ) Honorable Walter Shapero |
| | ) |

## STATEMENT OF DEBTOR REGARDING
## CORPORATE OWNERSHIP

[ X ] The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:

Name: Marquette Capital Fund I, L.P.
Address: Attn: Bernice Hale
60 South 6th Street, Suite 3510
Minneapolis, MN 55402

Name: Argosy Investment Partners III, L.P.
Address: 950 West Valley Road, Suite 2900
Wayne, PA 19087

Name: Horizon Capital Partners III, L.P.
Address: 3838 Tamiami Trail North, Suite 408,
Naples, FL 34103

[ ] There are no entities that directly or indirectly own 10% or more of any class of the debtor's equity interest.

      I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: October 8, 2013

RESPECTFULLY SUBMITTED

_[signature]_
Jack Irvin, Jr., Chief Financial Officer
Groeb Farms, Inc.

4820-4121-5254.2