UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case Number: 13-58200-WSd

**GROEB FARMS, INC.,**  Chapter 11

    Debtor.  HON. WALTER SHAPERO
_____/

## APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to § 1102(a) and (b) of the Bankruptcy Code, the following creditors of the above-named debtor, being among those holding the largest unsecured claims (or who are members of a committee organized by creditors prior to the order for relief under chapter 11 of the Bankruptcy Code who were fairly chosen and are representative of the different kinds of claims to be represented) and who are willing to serve, are appointed to the Committee of Unsecured Creditors:

Denise Willi for
Bees Brothers, LLC
9130 S. Dadeland Boulevard, Suite 1509
Miami, FL 33156
914.631.5467 (Telephone)
305.670.1993 (Facsimile)
jp@beesbrothersllc.com

Brian Buoye for
Buoye Honey
11575 Walnut Road
Redlands, CA 92374
909-222-9957 (Telephone)
909-794-4031 (Facimile)
BBuoye1960@gmail.com

Parvinder Thapar for
Little Bee Impex
133 Nanterre Street, Suite 101
Danville, CA 94506
925.263.9373 (Telephone)
925.905.2112 (Facsimile)
psthapar@ergogenicnutrition.com

Jose Alfonso Salazar Montalvo for
Citrofrut SA de CV
Constitucion 405 PTE
64000 Monterrey
Nuevo Leon, Mexico
52 81 8389 4200 (Telephone)
Alfonso.Salazar@citrofrut.com.mx

Jeffrey Dong for
Delta Food International Inc.
7056 Archibald Ave
Suite 102-158
Corona, CA 92880
951-817-7868 (Telephone)
951-848-0872 (Facsimile)
dfi9488@hotmail.com

                **DANIEL M. McDERMOTT**
                **UNITED STATES TRUSTEE**
                Region 9

      By    /s/ Kelley Callard (P68537)
             Kelley.Callard@usdoj.gov
             Trial Attorney
             Office of the U.S. Trustee
             211 West Fort St - Suite 700
             Detroit, Michigan 48226
             (313) 226-6773

Dated: October 9, 2013