# THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GROEB FARMS, INC. | ) | Case No. 13-58200 |
| | ) | |
| Debtor. | ) | Honorable Walter Shapero |
| | ) | |

**ORDER GRANTING DEBTOR'S *EX PARTE* MOTION TO SET HEARING ON DEBTOR'S (A) MOTION FOR ORDER PURSUANT TO SECTIONS 105 AND 366 OF THE BANKRUPTCY CODE (I) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE TO THE DEBTOR**

The matter has come before this Court upon the motion (the "Motion") of the Debtor, for entry of an order, pursuant to Bankruptcy Rule 9006(c)(1) and Local Rule 9006-1(b), setting the hearings on its Motion For Order Pursuant To Sections 105 And 366 Of The Bankruptcy Code (I) Prohibiting Utilities From Altering, Refusing, Or Discontinuing Service To The Debtor And (II) Establishing Certain Procedures To Determine Requests For Adequate Assurance Of Payment (the "Utilities Motion"); good cause being shown for the need for expedited consideration and any shortening of time relating to the hearing on the Utilities Motion; and it appearing that no other or further notice need be provided; the Court having considered the Motion, and upon the complete record of this Chapter 11 case, and after due deliberation thereon and good cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. A hearing on the Utilities Motion will be held on **October 24, 2013 at 11:00 a.m**. in the United States Bankruptcy Court for the Eastern District of Michigan, United States Courthouse, Courtroom 1042, 231 West Lafayette Street, Detroit, MI 48226.

3. The Debtor shall serve this Order on its limited service list, and all utility providers, and such service shall constitute good and sufficient notice of the Utilities Motion and the hearing thereon for all purposes.

4. The terms and conditions of this Order shall be immediately enforceable and effective upon its entry.

5. This Court shall retain jurisdiction over all matters arising from or relating to the interpretation and implementation of this Order.

.

**Signed on October 11, 2013**

                                           **/s/ Walter Shapero**
                                **Walter Shapero**
                                **United States Bankruptcy Judge**

6.