**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| GROEB FARMS, INC. | ) | Case No. 13-58200 |
|  | ) |  |
| Debtor. | ) | Honorable Walter Shapero |
|  | ) |  |

**HEARING DATE: NOVEMBER 8, 2013 (if objections are filed)**
**HEARING TIME: 10:00 a.m.**

**NOTICE AND OPPORTUNITY TO OBJECT REGARDING FINAL APPROVAL OF
DEBTOR'S FIRST DAY APPLICATION TO EMPLOY FOLEY & LARDNER LLP AS
GENERAL BANKRUPTCY COUNSEL PURSUANT TO 11 U.S.C §§ 327(a), 328(a), 329
& 1107, RULES 2014(a) & 2016(b) OF THE FEDERAL RULES OF BANKRUPTCY
PROCEDURE AND LOCAL BANKRUPTCY RULE 2014-1, OR IN THE
ALTERNATIVE, SPECIAL COUNSEL PURSUANT TO 11 U.S.C. §§ 327(e), 328(a), 329
& 1107, RULES 2014(a) & 2016(b) OF THE FEDERAL RULES OF BANKRUPTCY
PROCEDURE AND LOCAL BANKRUPTCY RULE 2014-1**

Groeb Farms, Inc., as debtor and debtor-in-possession (the "<u>Debtor</u>"), by and through its counsel, Foley & Lardner LLP, has filed with this Court Debtor's First Day Application to Employ Foley & Lardner LLP as General Bankruptcy Counsel Pursuant to 11 U.S.C. §§ 327(a), 328(a), 329 & 1107, Rules 2014(a) & 2016(b) of The Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 2014-1, or in the Alternative, Special Counsel Pursuant to 11 U.S.C. §§ 327(a), 328(a), 329 & 1107, Rules 2014(a) & 2016(b) of The Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 2014-1 [Docket No. 18] (the "<u>Application</u>").

This Court entered an Interim Order on October 9, 2013 [Docket No. 65]. Foley & Lardner LLP is now seeking final approval of the Application.

<u>**Your rights may be affected.**</u> **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought in the Application, or if you want the Court to consider your view on the Application, within 14 days you or your attorney must:

File with the Court a written response or objection,[1] explaining your position at:

---

[1] Reponses or objection must comply with Fed. R. Civ. P. 8(b), (c) and (e).

United States Bankruptcy Court
211 W. Fort Street, Suite 210
Detroit, MI 48226

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also mail a copy to:

Judy A. O'Neill
John A. Simon
Tamar N. Dolcourt
Foley & Lardner LLP
500 Woodward Ave., Suite 2700
Detroit, MI 48226

If a response or objection is timely filed and served, the Hearing will be on November 8, 2013 at 10:00 a.m. as set forth in this Court's October 15, 2013 Order Establishing Hearing Dates.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an order granting the relief.**

Please note that the Debtor reserves its right to seek concurrence from the Office of the United States Trustee pursuant to Local Bankruptcy Rule 2014-1(b). In accordance with such rule, if the United States Trustee consents, an order approving the Application may be entered prior to expiration of the above-referenced 14 day period and without a hearing.

Dated: October 14, 2013

Respectfully Submitted,

FOLEY & LARDNER LLP

By: /s/ John A. Simon_____
Judy A. O'Neill (P32142)
John A. Simon (P61866)
Tamar N. Dolcourt (P73425)
500 Woodward Ave., Ste. 2700
Detroit, MI 48226
313.234.7100
joneill@foley.com
jsimon@foley.com
tdolcourt@foley.com
*Counsel for the Debtor and Debtor in Possession*