THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    )
                                                          )   Chapter 11
                                                          )
GROEB FARMS, INC.                                         )   Case No. 13-58200
                                                          )
       Debtor.                                            )   Honorable Walter Shapero
                                                          )

**HEARING: OCTOBER 25, 2013 at 10:00 a.m.**

**NOTICE AND OPPORTUNITY TO OBJECT REGARDING DEBTOR'S
EX PARTE MOTION TO EXPEDITE DEADLINE FOR OBJECTIONS
TO AND HEARING ON DEBTOR'S DISCLOSURE STATEMENT**

On October 9, 2013, the Debtor in the above-referenced case filed its Ex Parte Motion to Expedite Deadline for Objections to and Hearing on Debtor's Disclosure Statement [Dkt No. 70] (the "Motion")

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, you or your attorney must:

1.     File with the court a written response or an answer, explaining your position at:[1]

United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, MI 48226

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

You must also mail a copy to:

>Judy A. O'Neill, Esq.
>John A. Simon, Esq.
>Foley & Lardner LLP
>500 Woodward Ave., Ste. 2700
>Detroit, MI 48226

2. The Hearing will be on October 25, 2013 at 10:00 am as set forth in this Court's October 15, 2013 Order Establishing Hearing Dates.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.**

| | |
|---|---|
| Date: October 18, 2013 | FOLEY & LARDNER LLP |
| | By: */s/ John A. Simon*_____ <br> Judy A. O'Neill (P32142) <br> John A. Simon (P61866) <br> Tamar N. Dolcourt (P73425) <br> 500 Woodward Ave., Ste. 2700 <br> Detroit, MI 48226 <br> 313.234.7100 <br> joneill@foley.com <br> jsimon@foley.com <br> tdolcourt@foley.com <br> <br> *Counsel for the Debtor and Debtor-in-Possession* |