THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| GROEB FARMS, INC. | ) | Case No. 13-58200 |
|  | ) |  |
| Debtor. | ) | Honorable Walter Shapero |
|  | ) |  |

## ORDER SCHEDULING DISCLOSURE STATEMENT
## HEARING AND RELATED RELIEF

Upon the stipulation of Groeb Farms, Inc., as debtor and debtor in possession (the "Debtor"), the Official Committee of Unsecured Creditors (the "Committee") of Groeb Farms, Inc., the Office of the United States Trustee for the Eastern District of Michigan, and HC Capital Holdings 0909A LLC (the "Lender"), (the "Stipulation")[1], the Court having jurisdiction over this matter; and the Court having found that the relief requested in the Stipulation is in the best interest of the Debtor, its estate and creditors; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED that:

1. The hearing on the Disclosure Statement will be held on November 21, 2013 at 1:30 p.m. in the United States Bankruptcy Court for the Eastern District of Michigan, United States Courthouse, Courtroom 1042, 231 West Lafayette Street, Detroit, MI 48226.

2. Any party wishing to file an objection to the Disclosure Statement must do so on or before November 15, 2013. Such party must also serve its

---
[1] Capitalized terms not otherwise defined shall have the definition assigned to them in the Stipulation.

objection on the Debtor's counsel, Judy A. O'Neill, Esq. and John A. Simon, Esq., Foley & Lardner LLP, One Detroit Center, 500 Woodward Avenue, Suite 2700, Detroit, MI 48226; (ii) Joe Mack, Esq. and Kelley Callard, Esq., Office of the United States Trustee, 211 West Fort Street, Suite 700, Detroit, MI 48226; (iii) Counsel to the Debtor's Prepetition Lender and DIP Lender, Ray Schrock, Esq., Kirkland & Ellis, LLP, 601 Lexington Avenue New York, NY 10022 , and Jeffrey Pawlitz, Esq., Kirkland & Ellis, LLP, 300 North LaSalle, Chicago, IL 60654, and Robert Hertzberg, Esq., Pepper Hamilton LLP, 4000 Town Center, Suite 1800, Southfield, MI 48075; and Counsel to the Committee of Unsecured Creditors, Bradford J. Sandler, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19801 and Sheryl Toby, Dykema Gossett PLLC, 39577 Woodward Avenue, Suite 300, Bloomfield Hills, Michigan 48304.

3. The Debtor shall serve notice of the Disclosure Statement hearing and objection deadline on all of the creditors and interest holders in this case as soon as is practicable. Such notice shall contain information describing where a creditor or interest holder may obtain a copy of the Disclosure Statement.

4. In the event the Parties reach a further agreement on or before October 31, 2013, the date of the Disclosure Statement Hearing may be further expedited to November 7, 2013, with objections to the Disclosure Statement due on November 6, 2013. If such an agreement is reached and

the hearing date is expedited to November 7, 2013, the Debtor shall serve additional notice of the expedited hearing date and new objection filing deadline on all creditors and interest holders no later than November 1, 2013.

5. The October 25, 2013 hearing on the Debtor's Ex Parte Motion to Expedite Deadline for Objection To and Hearing on Debtor's Disclosure Statement is cancelled.

6. The terms and conditions of this Order shall be immediately enforceable and effective upon its entry.

7. This Court shall retain jurisdiction over all matters arising from or relating to the interpretation and implementation of this Order.

.

**Signed on October 23, 2013**

                                              **/s/ Walter Shapero**
                            **Walter Shapero**
                            **United States Bankruptcy Judge**

8.