IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| GROEB FARMS, INC. | Case No. 13-58200 |
| Debtor. | Honorable Walter Shapero |

**ORDER APPROVING STIPULATION BY AND BETWEEN DEBTOR AND MARQUETTE CAPITAL FUND I, L.P. FOR AN ORDER ALLOWING CLAIM FOR VOTING PURPOSES ONLY**

Upon the stipulation (the "<u>Stipulation</u>")[1] between the debtor and debtor in possession in the above-captioned Chapter 11 case (the "<u>Debtor</u>") and Marquette Capital Fund I, L.P. ("<u>Marquette</u>"), pursuant which to the Debtor and Marquette agreed to allow Claim Number 121 in the amount of $3,816,205.23 for voting purposes only, and sought entry of an Order, pursuant to Federal Rule of Bankruptcy Procedure 3018(a) and this Court's Solicitation Order, approving the Stipulation and allowing Claim Number 121 in the amount of $3,816,205.23 for voting purposes only; and it appearing that approval of the Stipulation is in the best interest of the Debtor and its estate and creditors; and adequate notice of the Stipulation having been given under the circumstances; and it appearing that no other notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Stipulation is APPROVED; and it is further

ORDERED that Pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure and the Solicitation Order, the Marquette Claim is allowed in the aggregate amount of $3,816,205.23 for voting purposes only; and it is further

---

[1] All capitalized terms not defined herein shall have the meanings ascribed to them in the Stipulation.

ORDERED that the Debtor and its estate, the Committee of Unsecured Creditors, the General Unsecured Claims Litigation Trust and Marquette reserve all rights relating to the Marquette Claim for all purposes other than voting in connection with the Debtor's Plan, including, without limitation, for purposes of distribution, allowance, classification, and priority of the Marquette Claim; and it is further

ORDERED that the terms and conditions of this Order shall be immediately enforceable and effective upon its entry; and it is further

ORDERED that this Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.

.

**Signed on December 16, 2013**

                                                **_____/s/ Walter Shapero_____**
                                                **Walter Shapero**
                                                **United States Bankruptcy Judge**