# EXHIBIT 3

| Creditor / Contract Party | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Contract Type | Cure Amount |
|---|---|---|---|---|---|---|---|---|---|
| ACOSTA, INC. | 2130 Northwest Parkway | | | ATLANTA | GA | 30384-1996 | USA | Broker / Purchasing Group Agreement | 10,431.65 |
| AFLAC | 1932 WYNNTON ROAD | | | Columbus | GA | 31999 | USA | Voluntary LT/ST Disability Insurance programs | - |
| Airgas Great Lakes, Inc. | 44350 N Groesbeck Highway | | | Clinton TWP | MI | 48036 | USA | Lease - Air Cylinder | 590.18 |
| AMERICAN PACKAGING CAPITAL, INC. | 391 Diablo Rd | Suite C | | Danville | CA | 94526 | USA | Lease - Metal Detector | 1,041.83 |
| BAKEMARK USA | 3125 Great Southwest Pkwy | | | Grand Prairie | TX | 75050 | USA | Broker / Purchasing Group Agreement | 4,998.55 |
| Blue Cross Blue Shield of Michigan | P.O. BOX 674416 | | | Detroit | MI | 48267 | USA | Health Insurance | - |
| BOMATIC INC. | 1841 E ACACIA ST. | | | ONTARIO | CA | 91761-7704 | USA | Packaging / Mold Agreement | 17,531.21 |
| CINTAS FIRST AID & SAFETY | P.O. Box 636525 | | | CINNCINATTI | OH | 45263 | USA | Service Agreement | 87.84 |
| Comfort 1 | 200 5th Street | | | Michigan Center | MI | 49254 | USA | Maintenance Agreement | - |
| Commercial Exchange Inc. | 2301 East Michigan Avenue | | | Jackson | MI | 49202 | USA | Corporate record storage | - |
| DADANT | 1913 E 17TH ST SUITE 200 | | | SANTA ANA | CA | 92705-8627 | USA | Broker / Purchasing Group Agreement | 32,137.34 |
| DOT Foods | 1 Dot Way | | | Mt. Sterling | IL | 62353 | USA | Broker / Purchasing Group Agreement | - |
| Ernest L Groeb, Jr. Trust B | United Bank & Trust, Successor Trustee | 603 N Evans St | PO Box 248 | Tecumseh | MI | 49286 | USA | MI Facility Lease | - |
| F.A.B. INC | 1225 OLD ALPHARETTA RD., | SUITE #235 | | ALPHARETTA | GA | 30023 | USA | Broker / Purchasing Group Agreement | 9,775.68 |
| Federated Foodservice | 3025 W. Salt Creek Lane | | | Arlington Heights | IL | 60005 | USA | Broker / Purchasing Group Agreement | 11,122.25 |
| Ford Motor Credit Company, LLC | P.O. Box 6275 | | | Dearborn | MI | 48121 | USA | Vehicle Lease | 818.38 |
| GE TF Trust | 300 E John Carpenter Freeway | Suite 400 | | Irving | TX | 75063 | USA | Truck Lease | 3,049.42 |
| GT94LP | 9171 WILSHIRE BLVD. SUITE 400 | | | Beverly Hills | CA | 90210 | USA | CA Facility Lease | - |
| Independent Marketing Alliance | 16000 MEMORIAL DR | SUITE 200 | | HOUSTON | TX | 77079 | USA | Broker / Purchasing Group Agreement | 12,804.68 |
| Jetro/Rest. Depot | 133-11 20TH AVENUE | | | COLLEGE POINT | NY | 11356 | USA | Broker / Purchasing Group Agreement | 33,006.85 |
| John Wolf | 7331 MACKENZIE LANE | | | PORTAGE | MI | 49024 | USA | Employment Agreement | - |
| KANAWHA SCALES & SYSTEMS | 26469 NORTHLINE | | | TAYLOR | MI | 48180 | USA | Service Agreement | - |
| Konica Minolta | 100 Williams Drive | | | Ramsey | NJ | 07446 | USA | Printer Lease | - |
| Modern Waste Systems, Inc | P.O. Box 275 | | | Napolean | MI | 49261 | USA | Service Agreement | 1,190.00 |
| National Processing Company | 5100 Interchange Way | | | Louisville | KY | 40229 | USA | Service Agreement | - |
| OmniSource | 7575 West Jefferson Boulevard | | | Fort Wayne | IN | 46804 | USA | Scrap Metal Agreement | - |
| Pinnacle Capital | 615 Commerce Street | | | Tacoma | WA | 98402 | USA | Cleaning Equipment Lease | 281.01 |
| PLEX | 900 TOWER DRIVE SUITE 1400 | | | TROY | MI | 48098-2822 | USA | ERP / GL Software | 891.26 |
| Raymond Handling Solutions | 9939 Norwalk Blvd | | | Santa Fe | CA | 90670 | USA | Forklift Lease | 455.33 |
| Rolf Richter | 10671 BURMEISTER ROAD | | | MANCHESTER | MI | 48158 | USA | Employment Agreement | - |
| Safety Systems, Inc. | P.O. Box 1079 | | | Jackson | MI | 49204 | USA | Service Agreement | - |
| San Bernardino Police Department, Alarm Program | PO Box 140576 | | | Irving | TX | 75014-0576 | USA | Alarm Permit | - |
| THE STERITECH GROUP, INC | 7600 LITTLE AVENUE | | | CHARLOTTE | NC | 28247-2127 | USA | Service Agreement | 3,211.54 |
| Toyota Financial Services | PO Box 5457 | | | Terrance | CA | 90510 | USA | Forklift Lease | 648.64 |
| UNIPRO FOODSERVICE, INC. | 2500 Cumberland Pkwy SE | | | ATLANTA | GA | 30384-5762 | USA | Broker / Purchasing Group Agreement | 79,577.17 |
| Unum Life Insurance Co. of America | P.O. BOX 403748 | | | Atlanta | GA | 30384 | USA | Insurance Contract | - |
| US Foods | Attn: Accounts Payable PO Box 29283 | | | Phoenix | AZ | 85038-9283 | USA | Broker / Purchasing Group Agreement | - |
| USDA Forest | Alburque Service Center (ASC) | ATTN: R&C - OTC | 101B Sun Avenue NE | Alburque | NM | 87109 | USA | Smokey Bear License | 1,405.12 |
| Wells Fargo Equipment Finance | PO Box 7777 | | | San Francisco | CA | 94120 | USA | Forklift Lease | 2,064.80 |
| WHITEBOARD COMMUNICATIONS,LLC | 9653 MONTGOMERY ROAD | SUITE 200 | | CINCINNATI | OH | 45242 | USA | Consulting Agreement | 2,297.65 |
| Xerox Corporation | 45 Glover Avenue | | | Norwalk | CT | 06856 | USA | Printer Lease | - |
| Ernest L. Groeb | Rebecca Rosenthal, Greenberg Traurig LLP | 77 West Wacker Drive, Suite 3100 | | Chicago | Illinois | 60601 | USA | Covenant Not To Compete | - |
| Troy Groeb | Rebecca Rosenthal, Greenberg Traurig LLP | 77 West Wacker Drive, Suite 3100 | | Chicago | Illinois | 60601 | USA | Covenant Not To Compete | - |
| E. Jeanne Groeb | Rebecca Rosenthal, Greenberg Traurig LLP | 77 West Wacker Drive, Suite 3100 | | Chicago | Illinois | 60601 | USA | Covenant Not To Compete | - |
| Proposed Interim Class Counsel | Adam J. Levitt Grant & Eisenhofer, P.A. | 30 North LaSalle Street, Suite 1200 | | Chicago | Illinois | 60602 | USA | Restructuring Support Agreement | - |
| Honey Finance | Jeffery Pawlitz, Kirkland & Ellis LLP | 300 North LaSalle Street | | Chicago | Illinois | 60654 | USA | Restructuring Support Agreement | - |
| HC Capital 0909A | Jeffery Pawlitz, Kirkland & Ellis LLP | 300 North LaSalle Street | | Chicago | Illinois | 60654 | USA | Restructuring Support Agreement | - |
| Marquette | Clinton Cutler, Fredrikson & Byron, P.A. | 200 South Sixth Street, Suite 4000 | | Minneapolis | Minnesota | 55402-1425 | USA | Restructuring Support Agreement | - |
| Argosy | Clinton Cutler, Fredrikson & Byron, P.A. | 200 South Sixth Street, Suite 4000 | | Minneapolis | Minnesota | 55402-1425 | USA | Restructuring Support Agreement | - |