# THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| GROEB FARMS, INC. | Case No. 13-58200 |
| Debtor. | Honorable Walter Shapero |

## NOTICE OF EFFECTIVE DATE OF DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION OF GROEB FARMS, INC.

**TO ALL CREDITORS, INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

1. **Bankruptcy Court Approval of the Plan.** On December 20, 2013, the Honorable Walter Shapero of the United States Bankruptcy Court for the Eastern District of Michigan (the "Court"),[1] entered an order [Docket No. 375] (the "Confirmation Order") confirming the *Second Amended Plan of Reorganization of Groeb Farms, Inc. Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 213] (with all supplements and exhibits thereto, the "Plan").

2. **Effective Date.** The Effective Date of the Plan occurred on December 31, 2013. Each of the conditions precedent to consummation of the Plan enumerated in Article X.B of the Plan have been satisfied or waived in accordance with the Plan and the Confirmation Order.

3. **Release, Exculpation, and Injunction.** Pursuant to the Confirmation Order, the release, injunction, and exculpation provision in Article IX of the Plan are now in full force and effect as to all parties described in Article IX of the Plan.

4. **Rejection Claims Bar Date.** Pursuant to Article VI.B of the Plan, all Proofs of Claim with respect to Claims arising from the rejection of Executory Contracts or Unexpired Leases pursuant to the Plan must be filed by **January 20, 2014**, which is the first Business Day that is 30 days after the Confirmation Date, which Kurtzman Carson Consultants LLC, the notice, claims, and solicitation agent retained by the Debtor's Estate in this chapter 11 case ("KCC"), at Groeb Farms, Inc. Claims Processing, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245. Any Claims arising from the rejection of an Executory Contract or Unexpired Leases not Filed with KCC within such time will be automatically disallowed, forever barred from assertion, and shall not be enforceable against the Debtor, the Reorganized Debtor, the Estate, or property of the foregoing parties, without the need for any

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Plan and the Confirmation Order. The summary of the Plan and Confirmation Order set forth herein are for informational purposes only. In the event of any inconsistency between this notice and the Plan and/or Confirmation Order, the Plan or Confirmation Order (as applicable) shall control in all respects.

4814-2055-6567.1

objection by the Debtor, the Reorganized Debtor, or further notice to, action, order, or approval of the Court.

5. **Administrative Claims Bar Date.** Other than for Fee Claims and unless otherwise set forth in the Confirmation Order, requests for payment of Allowed Administrative Claims against the Debtor must be Filed with the Court and served, no later than **February 14, 2014** (the "Administrative Claims Bar Date"), which is the first Business Day that is the date 45 days following the Effective Date, on: (i) counsel to the Debtor, Foley & Lardner LLP, 500 Woodward Avenue, Suite 2700, Detroit, MI 48226, Attn: Judy A. O'Neill, Esq. and John A. Simon, Esq.; (ii) counsel to the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19801, Attn: Bradford J. Sandler, Esq.; and (iii) counsel to the Debtor's prepetition senior secured lender and postpetition lender, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Ray C. Schrock and Jeffrey D. Pawlitz. Holders of Administrative Claims that are required to File and serve a request for payment of such Administrative Claims by the Administrative Claims Bar Date that do not timely File and serve such a request pursuant to the procedures set forth herein shall be forever barred, estopped, and enjoined from asserting such Administrative Claims against the Debtor, the Reorganized Debtor, the Estate, or property of the foregoing parties, and such Administrative Claims shall be deemed discharged as of the Effective Date.

6. **Fee Claims.** Unless otherwise provided by the Plan or Confirmation Order, the deadline to file final requests for payment of Fee Claims is **February 14, 2014**, which is the first Business Day that is 45 days after the Effective Date.

7. **Further Information.** If you would like copies of the documents included in the Plan, the Plan Supplement, the Confirmation Order, or any other document filed in this chapter 11 case, please contact KKC by: (a) calling the Debtor's restructuring hotline at (877) 725-7539; (b) visiting the Debtor's restructuring website at http://www.kccllc.net/groebfarms; and/or (c) writing to Groeb Farms, Inc. Claims Processing, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245. You may also obtain copies of any pleadings filed in the chapter 11 case for a fee via PACER at http://www.mieb.uscourts.gov. Please note that KCc cannot give legal advice.

| | |
|---|---|
| Dated: December 31, 2013<br>Detroit, Michigan | FOLEY & LARDNER LLP<br><br>/s/ _Tamar N. Dolcourt_____<br>Judy A. O'Neill (P32142)<br>John A. Simon (P61866)<br>Tamar N. Dolcourt (P73425)<br>One Detroit Center<br>500 Woodward Ave., Suite 2700<br>Detroit, MI 48226-3489<br>(313) 234-7100 (Telephone)<br>(313) 234-2800 (Facsimile)<br>*Counsel for the Debtor and Debtor in Possession* |

4814-2055-6567.1